Fill in this information to identify your case:

United States Bankruptcy Court for the:

WESTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
   amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Man Cave Archery LLC** |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 46-3559523 |

**4.    Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6420 Hwy 8** **Bentley, LA 71407** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Grant** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5.    Debtor's website** (URL)    _____

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

19-80310 - #1  File 03/29/19  Enter 03/29/19 10:06:58  Main Document  Pg 1 of 47

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**4445**

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor _____ | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

**11.** **Why is the case filed in** *this district?*

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

■   **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 29, 2019**
               MM / DD / YYYY

**X /s/ Amanda N. Briggs**                          **Amanda N. Briggs**
Signature of authorized representative of debtor    Printed name

Title   **Member/Manager**

**18. Signature of attorney**

**X /s/ Chelsea M. Tanner**               Date  **March 29, 2019**
Signature of attorney for debtor                MM / DD / YYYY

**Chelsea M. Tanner**
Printed name

**Gold, Weems, Bruser, Sues & Rundell**
Firm name

**POB 6118**
**Alexandria, LA 71307-6118**
Number, Street, City, State & ZIP Code

Contact phone  **(318)445-6471**    Email address  _____

**37890 LA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Man Cave Archery LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 29, 2019**        X **/s/ Amanda N. Briggs**
                                          Signature of individual signing on behalf of debtor

                                          **Amanda N. Briggs**
                                          Printed name

                                          **Member/Manager**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Man Cave Archery LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*..........................................................    $ **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.......................................................    $ **282,842.00**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*........................................................    $ **282,842.00**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................................    $ **0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $ **39,799.10**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$ **608,970.47**

4. **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b                    $ **648,769.57**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Man Cave Archery LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.    **Raw materials**

| 20. | **Work in progress** | | | | |
|---|---|---|---|---|---|
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies**<br>**Archery inventory - ***<br>**See Attached** | | $0.00 | | $150,000.00 |
| | **Gun inventory - * See**<br>**Attached** | | $0.00 | | $50,000.00 |
| | **Ammunition and other**<br>**firearm inventory - *See**<br>**Attached** | | $0.00 | | $82,242.00 |

| 23. | **Total of Part 5.** | | $282,242.00 |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

24. **Is any of the property listed in Part 5 perishable?**
- ■ No
- ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ■ No
- ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>chairs, stools/tables | $0.00 | | $100.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and**<br>**communication systems equipment and software**<br>laptops (2) and registers (2) | $0.00 | | $500.00 |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
      books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
      collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                    | **$600.00** |
      Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
      floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm
      machinery and equipment)**

| | | | |
|---|---|---|---|
| 2 S-Cans - movable storage containers | $0.00 | | $0.00 |

51.   **Total of Part 8.**                                                    | **$0.00** |
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                 Best Case Bankruptcy

19-80310 - #1  File 03/29/19  Enter 03/29/19 10:06:58  Main Document  Pg 9 of 47

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** mancavearchery.com | **$0.00** | | **$0.00** |

62.  **Licenses, franchises, and royalties**

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$0.00** |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

Part 11:    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $282,242.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $600.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $282,842.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $282,842.00 |

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name     **Man Cave Archery LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$266.62** | **$266.62** |
|---|---|---|---|---|
| | **Ascension Parish Sale & Use Tax**<br>**1124 S. Burnside, Ste. 300A**<br>**Gonzales, LA 70707** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Jan. 5-6, 2019 Gun Show/Sales taxes due** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$390.10** | **$390.10** |
|---|---|---|---|---|
| | **Ascension Parish Sale & Use Tax**<br>**1124 S. Burnside, Ste. 300A**<br>**Gonzales, LA 70707** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**July 28-29, 2018 Gun Show/Sales taxes due** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

19-80310 - #1  File 03/29/19  Enter 03/29/19 10:06:58  Main Document  Pg 13 of 47

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,851.39 | $15,851.39 |
|---|---|---|---|---|

**Grant Parish Sales & Use Tax**
**P.O. Box 187**
**Colfax, LA 71417**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**April - September 2018 sales taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Grant Parish Sales & Use Tax**
**P.O. Box 187**
**Colfax, LA 71417**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**October - December 2018**
**January - March 2019**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,781.83 | $3,781.83 |
|---|---|---|---|---|

**Internal Revenue Service**
**POB 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**941 taxes due for Jan 2019 and Feb 2019**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $622.09 | $622.09 |
|---|---|---|---|---|

**Jefferson Parish Sales & Use Tax**
**200 Derbigny Street, St. 1200**
**Gretna, LA 70053**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Special Event Gun Shows/Oct 2018 and Jan**
**2019**
**Sales taxes due**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$265.50** | **$265.50** |
| | **Lafayette Parish School System** | Check all that apply. | | |
| | **Sales Tax Division** | ☐ Contingent | | |
| | **411 East Vermillion Street** | ☐ Unliquidated | | |
| | **Lafayette, LA 70501** | ☐ Disputed | | |

Date or dates debt was incurred — Basis for the claim: **Jan. 19-20, 2019 Carencro Gun and Knife Show/Sales taxes due**

Last 4 digits of account number — Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$18,157.00** | **$18,157.00** |
| | **LDR Sales & Use Tax Dept** | Check all that apply. | | |
| | **P.O. Box 4969** | ☐ Contingent | | |
| | **Baton Rouge, LA 70821-4969** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred — Basis for the claim: **April - September 2018 sales taxes**

Last 4 digits of account number — Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **LDR Sales & Use Tax Dept** | Check all that apply. | | |
| | **P.O. Box 4969** | ☐ Contingent | | |
| | **Baton Rouge, LA 70821-4969** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred — Basis for the claim: **October - December 2018 January - March 2019**

Last 4 digits of account number — Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$200.91** | **$200.91** |
| | **LDR Sales & Use Tax Dept** | Check all that apply. | | |
| | **P.O. Box 201** | ☐ Contingent | | |
| | **Baton Rouge, LA 70821-0201** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred — Basis for the claim: **Jan 12-13, 2019 Lake Charles Gun Show/Sales taxes due**

Last 4 digits of account number — Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $263.66 | $263.66 |
|---|---|---|---|---|

**LDR Sales & Use Tax Dept**
**P.O. Box 201**
**Baton Rouge, LA 70821-0201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Jan 5-6, 2019 Gun and Knife Show/Sales taxes due**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,041.31 |

**American Express**
**4 E Station Square Dr**
**Pittsburgh, PA 15219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4824**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**BK Distributors**
**112 Pelican Dr., Ste. B**
**Pineville, LA 71360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90,000.00 |
|---|---|---|---|

**BlueVine**
**550 Hamilton Ave.**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $257.15 |
|---|---|---|---|

**BowTech Archery**
**90554 OR-99**
**Eugene, OR 97402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4045**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Buck Wild Synthetics**
**2964 Zid Camp Rd.**
**Ashton, WV 25503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,700.00 |
|---|---|---|---|

**Cenla Broadcasting**
1115 Texas Ave.
Alexandria, LA 71301

Date(s) debt was incurred _

Last 4 digits of account number _1885_

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47.98 |
|---|---|---|---|

**Covert Scouting Cameras**
4338 Greenridge-Spa Rd.
Lewisburg, KY 42256

Date(s) debt was incurred _

Last 4 digits of account number _7775_

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.12 |
|---|---|---|---|

**D's Freeze, LLC**
P.O. Box 607
Pollock, LA 71467

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,994.79 |
|---|---|---|---|

**Davidson's, Inc.**
6100 Wilkinson Dr.
Prescott, AZ 86301

Date(s) debt was incurred _

Last 4 digits of account number _0552_

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Delta McKenzie Targets**
5040 Harold Gatty Dr
Salt Lake City, UT 84116

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,750.26 |
|---|---|---|---|

**Easton Archery**
5040 Harold Gatty Drive
Salt Lake City, UT 84116

Date(s) debt was incurred _

Last 4 digits of account number _8702_

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Egumball**
7525 Irvine Center Dr., #100
Irvine, CA 92618

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,737.54 |
|---|---|---|---|

**Escalade Sports/Bear Archery**
P.O. Box 889
Evansville, IN 47706

Date(s) debt was incurred __

Last 4 digits of account number **5112**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Excalibur Crossbow Inc.**
2335 Shirley Drive
Kitchener, ON N2B 3X4

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $810.46 |
|---|---|---|---|

**FedEX**
3965 Airways, Module G
Memphis, TN 38116

Date(s) debt was incurred __

Last 4 digits of account number **2303**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,718.62 |
|---|---|---|---|

**FeraDyne Outdoors**
1230 Poplar Ave.
Superior, WI 54880

Date(s) debt was incurred __

Last 4 digits of account number **S852**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,623.75 |
|---|---|---|---|

**G5 Outdoors**
P.O. Box 59
Memphis, MI 48041

Date(s) debt was incurred __

Last 4 digits of account number **N001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,493.00 |
|---|---|---|---|

**Genesis Archery**
**Brennan Industries Inc.**
2035 Riley Rd.
Sparta, WI 54656

Date(s) debt was incurred __

Last 4 digits of account number **1887**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,220.00 |
|---|---|---|---|

**GoldTip**
584 E 1100 South, Ste. 5
American Fork, UT 84003

Date(s) debt was incurred __

Last 4 digits of account number **1302**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Hoyt Archery**<br>**593 North Wright Brothers Dr.**<br>**Salt Lake City, UT 84116** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$30,707.33** |
| --- | --- | --- | --- |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** **Hoyt - 28657.23** | |
| | **Last 4 digits of account number 0199** | **Fuse - 2050.10** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address**<br>**HughesNet**<br>**P.O. Box 96874**<br>**Chicago, IL 60693** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$125.44** |
| --- | --- | --- | --- |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** ___ | |
| | **Last 4 digits of account number** ___ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address**<br>**John Lummus**<br>**151 Bush Coleman Rd**<br>**Boyce, LA 71409** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,000.00** |
| --- | --- | --- | --- |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** ___ | |
| | **Last 4 digits of account number** ___ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Josh Daniels**<br>**110 Claude's Rd.**<br>**Colfax, LA 71417** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,500.00** |
| --- | --- | --- | --- |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** ___ | |
| | **Last 4 digits of account number** ___ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Kalamata Capital Group**<br>**7315 Wisconsin Ave., #950**<br>**Bethesda, MD 20814** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$89,000.00** |
| --- | --- | --- | --- |
| | **Date(s) debt was incurred 1/29/19** | **Basis for the claim:** ___ | |
| | **Last 4 digits of account number** ___ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Kenseys South**<br>**250 Terry Blvd.**<br>**Louisville, KY 40229** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$866.72** |
| --- | --- | --- | --- |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** ___ | |
| | **Last 4 digits of account number 6883** | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Kimber Mfg. Inc.**<br>**4420 Saw Mill River Rd.**<br>**Yonkers, NY 10710** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,745.49** |
| --- | --- | --- | --- |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** ___ | |
| | **Last 4 digits of account number 1586** | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ladniappe Broadcasting**
**92 West Shamrock Ave.**
**Pineville, LA 71360**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,826.63** |
|---|---|---|---|

**Lipseys LLC**
**P.O. Box 83280**
**Baton Rouge, LA 70884**

Date(s) debt was incurred _

Last 4 digits of account number  **6899**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,321.00** |
|---|---|---|---|

**Mathews Archery, Inc.**
**P.O. Box 367**
**Sparta, WI 54656**

Date(s) debt was incurred _

Last 4 digits of account number  **1887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$706.34** |
|---|---|---|---|

**Morrell Manufacturing, Inc.**
**1721 Hwy 71 North**
**Alma, AR 72921**

Date(s) debt was incurred _

Last 4 digits of account number  **7175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,000.00** |
|---|---|---|---|

**National Funding Inc.**
**9820 Towne Centre Drive**
**San Diego, CA 92121**

Date(s) debt was incurred  **9/13/17**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,499.99** |
|---|---|---|---|

**Nexstar Digital, LLC**
**P.O. Box 842748**
**Dallas, TX 75284-2748**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,340.40** |
|---|---|---|---|

**PSE - Precision Shooting Equip**
**2727 N. Fairview Ave.**
**Tucson, AZ 85705**

Date(s) debt was incurred _

Last 4 digits of account number  **1400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60,402.05** |
|---|---|---|---|

**Quarterspot, Inc.**
**333 Seventh Ave., Ste. 1402**
**New York, NY 10001**

Date(s) debt was incurred  11/7/2018

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ruby Receptionists**
**805 SW Broadway #900**
**Portland, OR 97205**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,270.76** |
|---|---|---|---|

**Sam's Club/Synchrony Bank**
**P.O. Box 105972**
**Atlanta, GA 30348**

Date(s) debt was incurred _

Last 4 digits of account number  3336

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$225.00** |
|---|---|---|---|

**Terminator Pest & Pond Mtg. LLC**
**P.O. Box 4740**
**Pineville, LA 71360**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28,452.13** |
|---|---|---|---|

**The Outdoor Group, LLC**
**1325 John Street**
**West Henrietta, NY 14586**

Date(s) debt was incurred _

Last 4 digits of account number  0853

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17,037.79** |
|---|---|---|---|

**US Bank**
**P.O. Box 6352**
**Fargo, ND 58125**

Date(s) debt was incurred _

Last 4 digits of account number  7522

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,132.95** |
|---|---|---|---|

**Vapor Trail**
**1333 1054th Ave NE, Ste. 300**
**Andover, MN 55304**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,859.96 |
|---|---|---|---|

**WiseArms**
**355 Robinson Bridge Rd.**
**Lecompte, LA 71346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,528.51 |
|---|---|---|---|

**WNTZ**
**P.O. Box 840148**
**Dallas, TX 75284-0148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Ariel Bouskila, Esq.** **Berkovitch & Bouskila, PLLC** **40 Exchange Place, Ste. 1306** **New York, NY 10005** | Line  **3.24** ☐ Not listed. Explain ____ | _ |
| 4.2 | **Interregional Credit Systems** **P.O. Box 1059** **Anoka, MN 55303** | Line  **3.16** ☐ Not listed. Explain ____ | _ |
| 4.3 | **Interregional Credit Systems** **P.O. Box 1059** **Anoka, MN 55303** | Line  **3.29** ☐ Not listed. Explain ____ | _ |
| 4.4 | **Interregional Credit Systems** **P.O. Box 1059** **Anoka, MN 55303** | Line  **3.40** ☐ Not listed. Explain ____ | _ |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 39,799.10 |
| 5b. Total claims from Part 2 | 5b. + | $ | 608,970.47 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 648,769.57 |

Fill in this information to identify the case:

Debtor name **Man Cave Archery LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1**   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2**   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3**   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4**   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name     **Man Cave Archery LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF LOUISIANA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Amanda Briggs** | **6420 Hwy 8**<br>**Bentley, LA 71407** | **Sam's Club/Synchrony Bank** | ☐ D _____<br>■ E/F ___3.36___<br>☐ G _____ |
| 2.2 | **Steven Briggs** | **6420 Hwy 8**<br>**Bentley, LA 71407** | **American Express** | ☐ D _____<br>■ E/F ___3.1___<br>☐ G _____ |
| 2.3 | **Steven Briggs** | **6420 Hwy 8**<br>**Bentley, LA 71407** | **BK Distributors** | ☐ D _____<br>■ E/F ___3.2___<br>☐ G _____ |
| 2.4 | **Steven Briggs** | **6420 Hwy 8**<br>**Bentley, LA 71407** | **BlueVine** | ☐ D _____<br>■ E/F ___3.3___<br>☐ G _____ |
| 2.5 | **Steven Briggs** | **6420 Hwy 8**<br>**Bentley, LA 71407** | **BowTech Archery** | ☐ D _____<br>■ E/F ___3.4___<br>☐ G _____ |

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor** Column 2: **Creditor**

| 2.6 | **Steven Briggs** | 6420 Hwy 8<br>Bentley, LA 71407 | **Buck Wild Synthetics** | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |
|---|---|---|---|---|
| 2.7 | **Steven Briggs** | 6420 Hwy 8<br>Bentley, LA 71407 | **Cenla Broadcasting** | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.8 | **Steven Briggs** | 6420 Hwy 8<br>Bentley, LA 71407 | **Covert Scouting Cameras** | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |
| 2.9 | **Steven Briggs** | 6420 Hwy 8<br>Bentley, LA 71407 | **D's Freeze, LLC** | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |
| 2.10 | **Steven Briggs** | 6420 Hwy 8<br>Bentley, LA 71407 | **Davidson's, Inc.** | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |
| 2.11 | **Steven Briggs** | 6420 Hwy 8<br>Bentley, LA 71407 | **Delta McKenzie Targets** | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.12 | **Steven Briggs** | 6420 Hwy 8<br>Bentley, LA 71407 | **Easton Archery** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.13 | **Steven Briggs** | 6420 Hwy 8<br>Bentley, LA 71407 | **Egumball** | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | Steven Briggs | 6420 Hwy 8<br>Bentley, LA 71407 | Escalade Sports/Bear Archery | ☐ D _____<br>■ E/F   **3.13**<br>☐ G _____ |
| 2.15 | Steven Briggs | 6420 Hwy 8<br>Bentley, LA 71407 | Excalibur Crossbow Inc. | ☐ D _____<br>■ E/F   **3.14**<br>☐ G _____ |
| 2.16 | Steven Briggs | 6420 Hwy 8<br>Bentley, LA 71407 | FedEX | ☐ D _____<br>■ E/F   **3.15**<br>☐ G _____ |
| 2.17 | Steven Briggs | 6420 Hwy 8<br>Bentley, LA 71407 | FeraDyne Outdoors | ☐ D _____<br>■ E/F   **3.16**<br>☐ G _____ |
| 2.18 | Steven Briggs | 6420 Hwy 8<br>Bentley, LA 71407 | G5 Outdoors | ☐ D _____<br>■ E/F   **3.17**<br>☐ G _____ |
| 2.19 | Steven Briggs | 6420 Hwy 8<br>Bentley, LA 71407 | Genesis Archery | ☐ D _____<br>■ E/F   **3.18**<br>☐ G _____ |
| 2.20 | Steven Briggs | 6420 Hwy 8<br>Bentley, LA 71407 | GoldTip | ☐ D _____<br>■ E/F   **3.19**<br>☐ G _____ |
| 2.21 | Steven Briggs | 6420 Hwy 8<br>Bentley, LA 71407 | Grant Parish Sales & Use Tax | ☐ D _____<br>■ E/F   **2.3**<br>☐ G _____ |

| Debtor | **Man Cave Archery LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**      Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.22 | Steven Briggs | 6420 Hwy 8<br>Bentley, LA 71407 | Grant Parish Sales &<br>Use Tax | ☐ D _____<br>■ E/F __2.4__<br>☐ G _____ |
| 2.23 | Steven Briggs | 6420 Hwy 8<br>Bentley, LA 71407 | Hoyt Archery | ☐ D _____<br>■ E/F __3.20__<br>☐ G _____ |
| 2.24 | Steven Briggs | 6420 Hwy 8<br>Bentley, LA 71407 | HughesNet | ☐ D _____<br>■ E/F __3.21__<br>☐ G _____ |
| 2.25 | Steven Briggs | 6420 Hwy 8<br>Bentley, LA 71407 | Internal Revenue<br>Service | ☐ D _____<br>■ E/F __2.5__<br>☐ G _____ |
| 2.26 | Steven Briggs | 6420 Hwy 8<br>Bentley, LA 71407 | John Lummus | ☐ D _____<br>■ E/F __3.22__<br>☐ G _____ |
| 2.27 | Steven Briggs | 6420 Hwy 8<br>Bentley, LA 71407 | Josh Daniels | ☐ D _____<br>■ E/F __3.23__<br>☐ G _____ |
| 2.28 | Steven Briggs | 6420 Hwy 8<br>Bentley, LA 71407 | Kalamata Capital<br>Group | ☐ D _____<br>■ E/F __3.24__<br>☐ G _____ |
| 2.29 | Steven Briggs | 6420 Hwy 8<br>Bentley, LA 71407 | Kenseys South | ☐ D _____<br>■ E/F __3.25__<br>☐ G _____ |

Official Form 206H

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Page 4 of 7

Best Case Bankruptcy

19-80310 - #1  File 03/29/19  Enter 03/29/19 10:06:58  Main Document  Pg 27 of 47

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

Column 1: **Codebtor**                                          Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.30 | **Steven Briggs** | 6420 Hwy 8<br>Bentley, LA 71407 | **Kimber Mfg. Inc.** | ☐ D _____<br>▪ E/F __3.26__<br>☐ G _____ |
| 2.31 | **Steven Briggs** | 6420 Hwy 8<br>Bentley, LA 71407 | **Ladniappe Broadcasting** | ☐ D _____<br>▪ E/F __3.27__<br>☐ G _____ |
| 2.32 | **Steven Briggs** | 6420 Hwy 8<br>Bentley, LA 71407 | **Lipseys LLC** | ☐ D _____<br>▪ E/F __3.28__<br>☐ G _____ |
| 2.33 | **Steven Briggs** | 6420 Hwy 8<br>Bentley, LA 71407 | **Mathews Archery, Inc.** | ☐ D _____<br>▪ E/F __3.29__<br>☐ G _____ |
| 2.34 | **Steven Briggs** | 6420 Hwy 8<br>Bentley, LA 71407 | **Morrell Manufacturing, Inc.** | ☐ D _____<br>▪ E/F __3.30__<br>☐ G _____ |
| 2.35 | **Steven Briggs** | 6420 Hwy 8<br>Bentley, LA 71407 | **National Funding Inc.** | ☐ D _____<br>▪ E/F __3.31__<br>☐ G _____ |
| 2.36 | **Steven Briggs** | 6420 Hwy 8<br>Bentley, LA 71407 | **PSE - Precision Shooting Equip** | ☐ D _____<br>▪ E/F __3.33__<br>☐ G _____ |
| 2.37 | **Steven Briggs** | 6420 Hwy 8<br>Bentley, LA 71407 | **Quarterspot, Inc.** | ☐ D _____<br>▪ E/F __3.34__<br>☐ G _____ |

| Debtor | Man Cave Archery LLC | Case number *(if known)* | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** |
|---|---|

| 2.38 | Steven Briggs | 6420 Hwy 8<br>Bentley, LA 71407 | Ruby Receptionists | ☐ D _____<br>■ E/F __3.35__<br>☐ G _____ |
|---|---|---|---|---|
| 2.39 | Steven Briggs | 6420 Hwy 8<br>Bentley, LA 71407 | Terminator Pest &<br>Pond Mtg. LLC | ☐ D _____<br>■ E/F __3.37__<br>☐ G _____ |
| 2.40 | Steven Briggs | 6420 Hwy 8<br>Bentley, LA 71407 | The Outdoor Group,<br>LLC | ☐ D _____<br>■ E/F __3.38__<br>☐ G _____ |
| 2.41 | Steven Briggs | 6420 Hwy 8<br>Bentley, LA 71407 | US Bank | ☐ D _____<br>■ E/F __3.39__<br>☐ G _____ |
| 2.42 | Steven Briggs | 6420 Hwy 8<br>Bentley, LA 71407 | Vapor Trail | ☐ D _____<br>■ E/F __3.40__<br>☐ G _____ |
| 2.43 | Steven Briggs | 6420 Hwy 8<br>Bentley, LA 71407 | WiseArms | ☐ D _____<br>■ E/F __3.41__<br>☐ G _____ |
| 2.44 | Steven Briggs | 6420 Hwy 8<br>Bentley, LA 71407 | Ascension Parish<br>Sale & Use Tax | ☐ D _____<br>■ E/F __2.1__<br>☐ G _____ |
| 2.45 | Steven Briggs | 6420 Hwy 8<br>Bentley, LA 71407 | Ascension Parish<br>Sale & Use Tax | ☐ D _____<br>■ E/F __2.2__<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.46 **Steven Briggs** | 6420 Hwy 8<br>Bentley, LA 71407 | **Jefferson Parish Sales & Use Tax** | ☐ D _____<br>■ E/F __2.6__<br>☐ G _____ |
| 2.47 **Steven Briggs** | 6420 Hwy 8<br>Bentley, LA 71407 | **Lafayette Parish School System** | ☐ D _____<br>■ E/F __2.7__<br>☐ G _____ |
| 2.48 **Steven Briggs** | 6420 Hwy 8<br>Bentley, LA 71407 | **LDR Sales & Use Tax Dept** | ☐ D _____<br>■ E/F __2.8__<br>☐ G _____ |
| 2.49 **Steven Briggs** | 6420 Hwy 8<br>Bentley, LA 71407 | **LDR Sales & Use Tax Dept** | ☐ D _____<br>■ E/F __2.9__<br>☐ G _____ |
| 2.50 **Steven Briggs** | 6420 Hwy 8<br>Bentley, LA 71407 | **LDR Sales & Use Tax Dept** | ☐ D _____<br>■ E/F __2.10__<br>☐ G _____ |
| 2.51 **Steven Briggs** | 6420 Hwy 8<br>Bentley, LA 71407 | **LDR Sales & Use Tax Dept** | ☐ D _____<br>■ E/F __2.11__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name     **Man Cave Archery LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF LOUISIANA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:     Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other | **$199,308.45** |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other | **$1,277,451.25** |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | **$924,505.38** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

19-80310 - #1  File 03/29/19  Enter 03/29/19 10:06:58  Main Document  Pg 31 of 47

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **BlueVine**<br>**550 Hamilton Ave**<br>**Palo Alto, CA 94301** | **last 3 months** | **$39,587.45** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.   **Quarterspot**<br>**333 Seventh Ave., Ste. 1402**<br>**New York, NY 10001** | **Daily - last 90 days** | **$36,382.20** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3.   **National Funding Inc.**<br>**9820 Towne Center Dr.**<br>**San Diego, CA 92121** | **Daily - last 90 days** | **$38,617.80** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4.   **Kalamata Capital Group**<br>**7315 Wisconsin Ave #950**<br>**Bethesda, MD 20814** | **Daily - 1/31/19-3/21/19** | **$26,796.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5.   **Davidson's Inc.**<br>**6100 Wilkinson Dr.**<br>**Prescott, AZ 86301** | | **$41,285.55** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6.   **Lipseys LLC**<br>**P.O. Box 83280**<br>**Baton Rouge, LA 70884** | | **$43,336.10** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Kalamata Capital Group v.**<br>**Man Cave Archery, LLC and Briggs Paint & Body and Steven Ray Briggs**<br>**Index No. 123339-2019** | **Information Subpoena with Restraining Notice** | **Supreme Court of the State of New York County of Ontario** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Gold Weems Bruser Sues & Rundell** **P.O. Box 6118** **Alexandria, LA 71307** | | **3/19/19** | **$3,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Amanda Briggs** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Colfax Banking Company**<br>**P.O. Box 247**<br>**Colfax, LA 71417-0247** | **XXXX-1542** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **$0.00** |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Kenneth J. Rachal CPA**<br>   **269 East Mark Street**<br>   **Marksville, LA 71351** | |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ■ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Amanda N. Briggs | 6420 Hwy 8 Bentley, LA 71407 | Member/Manager | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Debtor | Man Cave Archery LLC | Case number *(if known)* | |
|---|---|---|---|

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___March 29, 2019___

/s/ Amanda N. Briggs _____          Amanda N. Briggs _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor ___**Member/Manager**___

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Western District of Louisiana

In re    **Man Cave Archery LLC**                            Case No. _____

                                             Debtor(s)          Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ............................................. $            **3,000.00**

     Prior to the filing of this statement I have received ............................... $            **3,000.00**

     Balance Due ...................................................................................... $               **0.00**

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed PER HOUR FEE, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 29, 2019**                                     **/s/ Chelsea M. Tanner**

*Date*                                                 **Chelsea M. Tanner**

                                                    *Signature of Attorney*

                                                    **Gold, Weems, Bruser, Sues & Rundell**

                                                    **POB 6118**

                                                    **Alexandria, LA 71307-6118**

                                                    **(318)445-6471   Fax: (318)445-6476**

                                                    *Name of law firm*

Amanda Briggs
6420 Hwy 8
Bentley, LA 71407


American Express
4 E Station Square Dr
Pittsburgh, PA 15219


Ariel Bouskila, Esq.
Berkovitch & Bouskila, PLLC
40 Exchange Place, Ste. 1306
New York, NY 10005


Ascension Parish Sale & Use Tax
1124 S. Burnside, Ste. 300A
Gonzales, LA 70707


BK Distributors
112 Pelican Dr., Ste. B
Pineville, LA 71360


BlueVine
550 Hamilton Ave.
Palo Alto, CA 94301


BowTech Archery
90554 OR-99
Eugene, OR 97402


Buck Wild Synthetics
2964 Zid Camp Rd.
Ashton, WV 25503


Cenla Broadcasting
1115 Texas Ave.
Alexandria, LA 71301

```
Colfax Banking Company
P.O. Box 247
625 Eighth Street
Colfax, LA 71417


Covert Scouting Cameras
4338 Greenridge-Spa Rd.
Lewisburg, KY 42256


D's Freeze, LLC
P.O. Box 607
Pollock, LA 71467


Davidson's, Inc.
6100 Wilkinson Dr.
Prescott, AZ 86301


Delta McKenzie Targets
5040 Harold Gatty Dr
Salt Lake City, UT 84116


Easton Archery
5040 Harold Gatty Drive
Salt Lake City, UT 84116


Egumball
7525 Irvine Center Dr., #100
Irvine, CA 92618


Escalade Sports/Bear Archery
P.O. Box 889
Evansville, IN 47706


Excalibur Crossbow Inc.
2335 Shirley Drive
Kitchener, ON N2B 3X4
```

```
FedEX
3965 Airways, Module G
Memphis, TN 38116


FeraDyne Outdoors
1230 Poplar Ave.
Superior, WI 54880


G5 Outdoors
P.O. Box 59
Memphis, MI 48041


Genesis Archery
Brennan Industries Inc.
2035 Riley Rd.
Sparta, WI 54656


GoldTip
584 E 1100 South, Ste. 5
American Fork, UT 84003


Grant Parish Sales & Use Tax
P.O. Box 187
Colfax, LA 71417


Hoyt Archery
593 North Wright Brothers Dr.
Salt Lake City, UT 84116


HughesNet
P.O. Box 96874
Chicago, IL 60693


Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346
```

```
Interregional Credit Systems
P.O. Box 1059
Anoka, MN 55303


Jefferson Parish Sales & Use Tax
200 Derbigny Street, St. 1200
Gretna, LA 70053


John Lummus
151 Bush Coleman Rd
Boyce, LA 71409


Josh Daniels
110 Claude's Rd.
Colfax, LA 71417


Kalamata Capital Group
7315 Wisconsin Ave., #950
Bethesda, MD 20814


Kenseys South
250 Terry Blvd.
Louisville, KY 40229


Kimber Mfg. Inc.
4420 Saw Mill River Rd.
Yonkers, NY 10710


Ladniappe Broadcasting
92 West Shamrock Ave.
Pineville, LA 71360


Lafayette Parish School System
Sales Tax Division
411 East Vermillion Street
Lafayette, LA 70501
```

LDR Sales & Use Tax Dept
P.O. Box 4969
Baton Rouge, LA 70821-4969


LDR Sales & Use Tax Dept
P.O. Box 201
Baton Rouge, LA 70821-0201


Lipseys LLC
P.O. Box 83280
Baton Rouge, LA 70884


Mathews Archery, Inc.
P.O. Box 367
Sparta, WI 54656


Morrell Manufacturing, Inc.
1721 Hwy 71 North
Alma, AR 72921


National Funding Inc.
9820 Towne Centre Drive
San Diego, CA 92121


Nexstar Digital, LLC
P.O. Box 842748
Dallas, TX 75284-2748


PSE - Precision Shooting Equip
2727 N. Fairview Ave.
Tucson, AZ 85705


Quarterspot, Inc.
333 Seventh Ave., Ste. 1402
New York, NY 10001

Ruby Receptionists
805 SW Broadway #900
Portland, OR 97205


Sam's Club/Synchrony Bank
P.O. Box 105972
Atlanta, GA 30348


Steven Briggs
6420 Hwy 8
Bentley, LA 71407


Terminator Pest & Pond Mtg. LLC
P.O. Box 4740
Pineville, LA 71360


The Outdoor Group, LLC
1325 John Street
West Henrietta, NY 14586


US Bank
P.O. Box 6352
Fargo, ND 58125


Vapor Trail
1333 1054th Ave NE, Ste. 300
Andover, MN 55304


WiseArms
355 Robinson Bridge Rd.
Lecompte, LA 71346


WNTZ
P.O. Box 840148
Dallas, TX 75284-0148

# United States Bankruptcy Court
## Western District of Louisiana

In re   **Man Cave Archery LLC**             Case No.

                                          Debtor(s)          Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Member/Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March 29, 2019**                **/s/ Amanda N. Briggs**

                                              **Amanda N. Briggs/Member/Manager**
                                              Signer/Title

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Louisiana

In re    **Man Cave Archery LLC**                         Case No. _____

                                        Debtor(s)            Chapter     **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Man Cave Archery LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **March 29, 2019** | **/s/ Chelsea M. Tanner** |
| Date | **Chelsea M. Tanner** |
| | Signature of Attorney or Litigant |
| | Counsel for    **Man Cave Archery LLC** |
| | **Gold, Weems, Bruser, Sues & Rundell** |
| | **POB 6118** |
| | **Alexandria, LA 71307-6118** |
| | **(318)445-6471 Fax:(318)445-6476** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy